No. 99–5742. ROCHEVILLE v. CATOE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–5744. SCOGGIN v. KAISER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–5747. HARTNETT v. FRANKLIN, KANSAS SECRETARY OF HUMAN RESOURCES. Sup. Ct. Kan. Certiorari denied.

No. 99–5748. HARTNETT v. CITY OF DODGE CITY ET AL. Ct. App. Kan. Certiorari denied.

No. 99–5749. TAYLOR v. DEES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–5750. WILSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–5751. ODLE ET AL. v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 99–5753. PRAVDA v. CITY OF ALBANY, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–5755. PARKER v. MCGINNIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–5756. SIMS v. MOTOROLA, INC. C. A. 7th Cir. Certiorari denied.

No. 99–5760. KNIGHTEN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5765. MARION v. FORD MOTOR CREDIT. C. A. 3d Cir. Certiorari denied.

No. 99–5766. YUILLE v. WEBB ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–5771. HART ET UX. v. ELDER ET AL. C. A. 4th Cir. Certiorari denied.